UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARRY MUKAMAL,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBUS LIFE INSURANCE CO.,<br><br>    Defendant. | Case No. 1:23-cv-00122<br><br>Judge Douglas R. Cole |
| COLUMBUS LIFE INSURANCE CO.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>CANNELLA GROUP, INC.,<br><br>    Third-Party Defendant. | **JOINT MOTION FOR JUDICIAL SETTLEMENT CONFERENCE AND TO VACATE CURRENT CASE SCHEDULE** |

    Pursuant to this District's Local Rule 16.3[1] and this Court's standing orders, Plaintiff Barry Mukamal ("Plaintiff"), Defendant and Third-Party Plaintiff Columbus Life Insurance Company, and Third-Party Defendant Cannella Group, Inc. ("Cannella") (collectively, the "Parties"), through their undersigned counsel, respectfully request that the Court order a judicial settlement conference.

    Under the Court's Standing Order on Civil Procedures, the Parties "may request that a conference be scheduled at any time when it appears such a conference would be fruitful." (Sec. I.G.1) To date, the Parties have engaged in written discovery, including interrogatories, requests for production of documents, requests for admissions, as well as document production. While the

---

[1] Local Rule 16.3 provides that the Court "may assign any civil case that is not exempted hereunder for one or more mediation conferences."

Parties believe that some discovery activities remain, including depositions, given the recent settlement discussions between the Parties, the Parties believe the Court's assistance would be helpful to the Parties' efforts to potentially reach a mutually agreeable resolution of the matter at this time.

Given that Plaintiff is located in Florida and Cannella is a Wisconsin corporation, the Parties request that their counsel appear in person for the judicial settlement conference, with client representatives permitted to participate remotely via telephone or Zoom. Accordingly, the Parties request that the Court schedule a settlement conference at its earliest convenience. A proposed order granting this request for a judicial settlement conference is attached.

In addition to the Parties' request for a judicial settlement conference, the Parties jointly move to vacate the current case schedule and all remaining case deadlines pending the conclusion of the conference. If the judicial settlement conference is unsuccessful, the Parties agree to submit a proposed amended case schedule with new case deadlines within seven days following the conference. The Parties believe that the request to vacate the current case schedule and to reset the same if the judicial settlement conference is unsuccessful will allow the Parties to focus their current efforts on resolution discussions without expending time and resources on additional discovery tasks (such as depositions) that will be unnecessary if the judicial settlement conference resolves the Parties' dispute.

Respectfully submitted,

| | |
|---|---|
| */s/ Brent D. Craft* | */s/ David A. Westrup (authorized 4/7/2025)* |
| Eric W. Richardson (0066530), Trial Attorney | David A. Westrup |
| Brent D. Craft (0085374) | von Briesen & Roper, s.c. |
| Petra G. Bergman (0097990) | 411 E. Wisconsin Ave., Ste. 1000 |
| Tristan H. Riley (0103537) | Milwaukee, WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | Telephone: (414) 287-1528 |
| Suite 3500, Great American Tower | Fax: (414) 276-6281 |
| 301 East Fourth Street | Email: david.westrup@vonbriesen.com |
| Cincinnati, OH 45202 | |
| Telephone/Fax: (513) 723-4019 | *Attorney for Cannella Group, Inc.* |
| ewrichardson@vorys.com | |
| bdcraft@vorys.com | |
| pgbergman@vorys.com | |
| thriley@vorys.com | |

*Attorneys for Columbus Life Insurance Company*

*/s/ Elizabeth S. Boatwright (authorized 4/10/2025)*
Donald W. Davis, Jr.
Elizabeth Shively Boatwright
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 44308
Telephone: (330) 253-5060
Fax: (330) 253-1977
dwdavis@bmdllc.com
esboatwright@bmdllc.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

     I hereby certify that on April 11, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel registered with ECF.

                                                  */s/ Brent D. Craft*
                                                  Brent D. Craft